**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                        CHAPTER 13 NO.:

GEORGIA ANN DONERSON                     14 – 03998 – NPO

**TRUSTEE'S RESPONSE TO MOTION FOR
PERMISSION TO APPLY INSURANCE PROCEEDS**

COMES NOW Trustee, Harold J. Barkley, Jr., and filed his Response to the Trustee's Response to Motion for Permission to Apply Insurance Proceeds [DK #79]; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the gross insurance proceeds should be delivered to the Trustee for disbursements.

2. That, any disbursements made to creditors as payments under the confirmed Chapter 13 Plan are subject to the Trustee's statutory percentage fee.

3. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Response be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Response, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: July    2   , 2019

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

   I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Edwin Woods, Jr.
lwilkinson@bondnbotes.com

Georgia Ann Donerson
122 Alfred Drive
Vicksburg, MS 39180


Dated:   July      2      , 2019

               /s/Harold J. Barkley, Jr.
               HAROLD J. BARKLEY, JR.