

SO ORDERED,

Judge Neil P. Olack
United States Bankruptcy Judge
Date Signed: January 28, 2020

The Order of the Court is set forth below. The docket reflects the date entered.

---

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  CHAPTER 13 NO.:

GEORGIA ANN DONERSON  14 – 03998 – NPO

### AGREED ORDER

THIS CAUSE WAS set for hearing on January 27, 2020 on the Trustee's Motion to Dismiss [DK #91] and the Debtor's Response [DK #92]; and after notice and opportunity for hearing and the Court being fully advised finds that the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is hereby denied.

THAT, the Debtor shall remit to the Trustee on or before January 31, 2020 the amount of $3,290.00 or this case shall be dismissed without further notice or hearing.

##END OF ORDER##

AGREED:

JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

EDWIN WOODS, JR.
ATTORNEY FOR DEBTOR